No. 76, Misc. GORE v. UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted. Petitioner *pro se.* *Solicitor General Rankin, Warren Olney, III,* then Assistant Attorney General, *Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 25. JIMENEZ v. BARBER, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. *Lloyd E. McMurray* for petitioner. *Solicitor General Rankin, Warren Olney, III,* then Assistant Attorney General, *Beatrice Rosenberg* and *Isabelle R. Cappello* for respondent.

No. 569. BLUMENTHAL v. REINER ET UX. C. A. 4th Cir. Certiorari denied. *Maurice A. Weinstein* for petitioner. *Francis E. Winslow, Harold D. Cooley* and *Hubert E. May* for respondents.

No. 570. BIRMINGHAM FIRE INSURANCE Co. OF PENNSYLVANIA v. TROPICAL MARINE PRODUCTS, INC. C. A. 5th Cir. Certiorari denied. *Douglas D. Batchelor* and *David W. Dyer* for petitioner. *Wilbur E. Dow, Jr.* for respondent.

No. 571. MARCELLO v. BROWNELL, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Jack Wasserman* and *David Carliner* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *J. F. Bishop* for respondent.